UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **HAROLD WAYNE JOHNSON**<br>    **LA. DOC #564291**<br><br>**VERSUS**<br><br><br>**WARDEN BURL CAIN** | **CIVIL ACTION NO. 14--3005**<br><br>**SECTION P**<br><br>**JUDGE ROBERT G. JAMES**<br><br>**MAGISTRATE JUDGE HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 30th day of April, 2015.


ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE